IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMIRALL, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, <br> *Defendant.* | CIVIL ACTION <br> NO. 19-658 |

## ORDER

**AND NOW**, this 25th day of January 2021, upon consideration of the Joint Claim Construction Chart, (ECF No. 46), Joint Claim Construction Brief, (ECF No. 96), and the parties' evidence and arguments presented at the December 10, 2020 hearing, (ECF No. 161), it is **ORDERED** that Amneal failed to satisfy its burden to show the claim terms are indefinite and that no construction is necessary for the disputed claim terms.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.